1  **THORNTON DAVIDSON #166487**
   E-Mail: thorndavidson@aol.com
2  **ROBERT J. ROSATI #112006**
   E-Mail: robertrosati@aol.com
3  THE ERISA LAW GROUP
   2055 San Joaquin Street
4  Fresno, California 93721
   Telephone (559) 256-9800
5  Telefax (559) 256-9791

6  Attorneys for Plaintiffs, LUANA SWAGERTY, SUSAN JONES,
   LISA MCVAY, individually, and on behalf of others similarly situated,
7  and as Class Representatives; ANGELA ANDERSON; TINA CHANCE;
   MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE
8  HUERECA; ALESIA KIPER; CATHERINE LOPEZ; ALETHIA PEREZ;
   PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY
9  THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE;
   ANTOINETTE WASHINGTON

10

11 **DENNIS M. BROWN,** Bar No.: 126575
   E-Mail: dbrown@littler.com
12 **MARLENE S. MURACO,** Bar No.: 154240
   E-Mail: mmuraco@littler.com
13 **TODD K. BOYER**, Bar No.: 203132
   E-Mail: tboyer@littler.com
14 LITTLER MENDELSON
   A Professional Corporation
15 50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
16 Telephone: 408-998-4150
   Facsimile: 408-288-5686
17
   Attorneys for Defendant,
18 CIGNA HEALTHCARE OF CALIFORNIA, INC.

19                 IN THE UNITED STATES DISTRICT COURT

20                 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  Attorneys for Plaintiffs, LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of all others similarly situated and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; ALESIA KIPER; CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON,<br><br>Plaintiffs, | Case No.: 1:06-cv-01598-OWW-SMS<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER** |

v.                                         )
                                           )
CIGNA HEALTHCARE OF CALIFORNIA,            )
INC., a California Corporation,            )
                                           )
                        Defendant.         )
_____)

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff, Luana Swagerty, et al. and Defendant Cigna Healthcare of California, Inc., that Plaintiff is given leave to amend their complaint for the purposes of identifying and naming the correct defendant in the above-captioned action.  The correct defendant has been identified as Connecticut General Life Insurance Company.

Connecticut General Life Insurance Company will waive service of the summons pursuant to a request from Plaintiffs under Fed. R. Civ. P. 4(d) and will have the time allotted under Fed. R. Civ. P. 12(a)(1)(B) to respond to the First Amended Complaint.

Dated: January 11, 2007                /S/ Thornton Davidson
                                       THORNTON DAVIDSON, Attorney
                                       for Plaintiffs, LUANA
                                       SWAGERTY, SUSAN JONES,
                                       LISA MCVAY,  Individually and as
                                       "Class Representatives"; ANGELA
                                       ANDERSON; TINA CHANCE;
                                       MICELLE DOLAND; SONJA
                                       GILL; NICOLE GONZALEZ; JOSE
                                       HUERECA; ALESIA KIPER;
                                       CATHERINE LOPEZ; ALETHIA
                                       PEREZ; PAM REBEIRO; APRIL
                                       RUIZ; DIANNA SALAS; VILAY
                                       THEPHAVONG; BONNIE J.
                                       ULRICK; ALICE URIBE;
                                       ANTOINETTE WASHINGTON

Dated: January 11, 2007                /S/ Todd K. Boyer
                                       TODD K. BOYER
                                       LITTLER MENDELSON
                                       A Professional Corporation
                                       Attorneys for Defendant
                                       CIGNA HEALTHCARE OF
                                       CALIFORNIA, INC.

1  **ORDER**

2      Good Cause appearing, Plaintiff is granted permission to amend its Complaint.

3  IT IS SO ORDERED.

4  **Dated:   January 17, 2007**            **/s/ Oliver W. Wanger**
  emm0d6                    UNITED STATES DISTRICT JUDGE