1  DENNIS M. BROWN, Bar No. 126575
   MARLENE S. MURACO, Bar No. 154240
2  TODD K. BOYER, Bar No. 203132
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  14th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150
   Facsimile:     408.288.5686
6
   Attorneys for Defendant
7  CIGNA HEALTHCARE OF CALIFORNIA, INC.

8  THORNTON DAVIDSON #166487
   E-Mail: thorndavidson@aol.com
9  ROBERT J. ROSATI #112006
   E-Mail: robertrosati@aol.com
10 THE ERISA LAW GROUP
   2055 San Joaquin Street
11 Fresno, California 93721
   Telephone (559) 256-9800
12 Telefax (559) 256-9791

13 Attorneys for Plaintiffs
   LUANA SWAGERTY, et al.
14

15                   UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17 | LUANA SWAGERTY, SUSAN JONES, | Case No.  CV-F-06-01598-OWW-SMS
   | LISA MCVAY, individually, and on behalf |
18 | of all others similarly situated and as Class | **JOINT STIPULATION TO CONTINUE**
   | Representatives; ANGELA ANDERSON; | **MANDATORY SCHEDULING**
19 | TINA CHANCE; MICHELLE DOLAND; | **CONFERENCE AND ORDER**
   | SONJA GILL; NICOLE GONZALEZ;
20 | JOSE HUERECA; ALESIA KIPER;
   | CATHERIN LOPEZ; ALETHIA PEREZ;
21 | PAM REBEIRO; APRIL RUIZ; DIANNA
   | SALAS; VILAY THEPHAVONG;
22 | BONNIE J. ULRICK; ALICE URIBE;
   | ANTOINETTE WASHINGTON,
23
                    Plaintiffs,
24
         v.
25
   CIGNA HEALTHCARE OF
26 CALIFORNIA, INC., a California
   Corporation,
27
                    Defendant.
28

(NO. CV-01598-OWW-SMS)                    JOINT STIPULATION TO CONTINUE
                                          MANDATORY SCHEDULING CONFERENCE

1  WHEREAS, Plaintiffs have not filed a First Amended Complaint as ordered by the
2  Court and CIGNA HEALTH CARE OF CALIFORNIA, INC. is not the correct Defendant in this
3  action, therefore, the case is not ready for a scheduling conference, which is currently set for March
4  14, 2007 at 8:45 a.m.  The parties request a continuance of the mandatory scheduling conference
5  until the correct Defendant, Connecticut General Life Insurance Company, has been named and has
6  filed a responsive pleading to Plaintiffs' First Amended Complaint.

7  WHEREAS, Plaintiffs agree to dismiss Defendant CIGNA HEALTHCARE OF
8  CALIFORNIA, INC. from this action and name CONNECTICUT GENERAL LIFE INSURANCE
9  COMPANY as the proper Defendant by March 6, 2007.

10  THEREFORE, the parties stipulate to continue the Case Management Conference
11  from March 14, 2007 to May 16, 2007 at 8:45 a.m.

13  Dated:  March 6, 2007

15  /s/ *Todd K. Boyer, Esq.*
    TODD K. BOYER
    LITTLER MENDELSON
16  A Professional Corporation
    Attorneys for Defendant
17  CIGNA HEALTHCARE OF CALIFORNIA, INC.

18  Dated:  March 6, 2007

20  /s/ *Thornton Davidson, Esq.* (as authorized on 03.06.07)
    THORNTON DAVIDSON
21  THE ERISA LAW GROUP
    Attorneys for Plaintiffs
22  LUANA SWAGERTY, et al.

26  -o0o-

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. CV-01598-OWW-SMS)   2.   JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, the initial Mandatory Scheduling Conference is hereby continued from March 14, 2007 at 8:45 a.m. to May 16, 2007 at 8:45 a.m. The parties shall file a Joint Case Management Conference Statement on or before May 9, 2007. IT IS SO ORDERED.

Dated:  3/6/07

/s/ Oliver W. Wanger
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Firmwide:82070014.1 035878.1012

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. CV-01598-OWW-SMS)    3.    JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE