1  DENNIS M. BROWN, Bar No. 126575
   MARLENE S. MURACO, Bar No. 154240
2  TODD K. BOYER, Bar No. 203132
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  14th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150
   Facsimile:      408.288.5686
6
   Attorneys for Defendant
7  CONNECTICUT GENERAL LIFE INSURANCE
   COMPANY, INC.
8
   THORNTON DAVIDSON #166487
9  E-Mail: thorndavidson@aol.com
   ROBERT J. ROSATI #112006
10 E-Mail: robertrosati@aol.com
   THE ERISA LAW GROUP
11 2055 San Joaquin Street
   Fresno, California 93721
12 Telephone (559) 256-9800
   Telefax (559) 256-9791
13
   Attorneys for Plaintiffs
14 LUANA SWAGERTY, et al.

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18 | LUANA SWAGERTY, SUSAN JONES, | Case No.  06-CV-01598-OWW-SMS
   | LISA MCVAY, individually, and on behalf |
19 | of all others similarly situated and as Class | **JOINT STIPULATION TO CONTINUE**
   | Representatives; ANGELA ANDERSON; | **DEADLINE TO FILE MOTION TO**
20 | TINA CHANCE; MICHELLE DOLAND; | **COMPEL ARBITRATION AND MOTION**
   | SONJA GILL; NICOLE GONZALEZ; | **FOR CLASS CERTIFICATION AND**
21 | JOSE HUERECA; ALESIA KIPER; | **ORDER**
   | CATHERIN LOPEZ; ALETHIA PEREZ;
22 | PAM REBEIRO; APRIL RUIZ; DIANNA
   | SALAS; VILAY THEPHAVONG;
23 | BONNIE J. ULRICK; ALICE URIBE;
   | ANTOINETTE WASHINGTON,
24
              Plaintiffs,
25
         v.
26 CONNECTICUT GENERAL LIFE
   INSURANCE COMPANY, INC., a
27 California Corporation,

28            Defendant.

(NO. CV-01598-OWW-SMS)                              JOINT STIP. TO CONTINUE DEADLINE TO
                                                    FILE MOTION TO COMPEL ARBITRATION
                                                    AND MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to the Court's May 17, 2007, Scheduling Conference Order, Defendant
2 Connecticut General Life Insurance Company ("CGLIC") must file a motion to compel arbitration
3 by July 19, 2007. Plaintiffs must also file any motion for Class Certification by September 28, 2007.

4    The parties stipulate to continue the deadline for Defendant's motion to compel
5 arbitration from July 19, 2007 to September 28, 2007. The parties stipulate and request the
6 continuance of these deadlines because the California Supreme Court is currently preparing its
7 opinion in the case of Gentry v. Superior Court, which may resolve the issue of whether class action
8 waivers are enforceable in pre-dispute arbitration agreements in the employment context. The
9 California Supreme Court heard oral argument in the Gentry matter on June 5, 2007, and an opinion
10 is expected within 90 days of the oral argument. A decision in the Gentry matter will be filed by the
11 California Supreme Court no later than September 4, 2007.

12    Defendant contends that during their employment with CGLIC, the Plaintiffs entered
13 into pre-dispute arbitration agreements with Defendant which cover the claims Plaintiffs are
14 asserting in this lawsuit and which include a class action waiver. Therefore, the California Supreme
15 Court's decision as to whether these class action waivers are enforceable is directly relevant to this
16 case and will guide whether Defendant files a motion to compel arbitration in this matter.
17 Accordingly, the parties request that Defendant's motion deadline to file its motion to compel
18 arbitration be continued to September 28, 2007 so that the California Supreme Court can issue its
19 decision in the Gentry matter and so Defendant can reassess whether a motion to compel arbitration
20 would be necessary after the decision in Gentry is filed. Continuing the deadline date until the
21 Gentry decision is filed may make Defendant's motion to compel unnecessary and would avoid the
22 expenditure of unnecessary time and expense by both parties and the Court.

23    //
24    //
25    //
26    //
27    //
28    //

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. CV-01598-OWW-SMS)    2.    JOINT STIP. TO CONTINUE DEADLINE TO FILE MOTION TO COMPEL ARBITRATION AND MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

1  Additionally, the parties stipulate to continue Plaintiffs' motion for class certification
2  from September 28, 2007 to December 7, 2007 to give Plaintiffs time to engage in discovery and file
3  their motion for class certification after any motion to compel by Defendant.
4  Dated: July 13, 2007

6     /s/ Marlene S. Muraco
7  MARLENE S. MURACO
   LITTLER MENDELSON
   A Professional Corporation
8  Attorneys for Defendant
   CIGNA HEALTHCARE OF CALIFORNIA, INC.

9
Dated: July 13, 2007
10

12     /s/Thornton Davidson
   THORNTON DAVIDSON
13  THE ERISA LAW GROUP
   Attorneys for Plaintiffs
14  LUANA SWAGERTY, et al.

16  -o0o-

(NO. CV-01598-OWW-SMS)   3.   JOINT STIP. TO CONTINUE DEADLINE TO FILE MOTION TO COMPEL ARBITRATION AND MOTION FOR CLASS CERTIFICATION

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, the deadline for Defendant to file a motion to compel arbitration is hereby continued from July 19, 2007 to September 28, 2007. The deadline for Plaintiffs to file a motion for class certification is hereby continued from September 28, 2007 to December 7, 2007. IT IS SO ORDERED.

Dated:  7/13/07                              /s/ Oliver W. Wanger

THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Firmwide:82750486.1 035878.1012

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. CV-01598-OWW-SMS)                4.           JOINT STIP. TO CONTINUE DEADLINE TO FILE MOTION TO COMPEL ARBITRATION AND MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com