1 | **THORNTON DAVIDSON  #166487**
Email: thorntondavidson@aol.com
**BOB ROSATI #112006**
Email: robertrosati@aol.com
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

Attorneys for Plaintiffs, LUANA SWAGERTY,  SUSAN JONES,  LISA MCVAY, individually, and on behalf of others similarly situated, and as Class Representatives; ANGELA ANDERSON; TINA CHANCE;  MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; ALESIA KIPER;  CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of all others similarly situated and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; ALESIA KIPER; CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO;APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON,

       Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY., a Corporation,

       Defendant.

_____/

Case No. 1:06-cv-01598-OWW-SMS

**STIPULATION AND ORDER TO DISMISS PLAINTIFF, ALESIA KIPER'S CLAIM, ONLY**

1

STIPULATION AND ORDER TO DISMISS PLAINTIFF, ALESIA KIPER'S CLAIM, ONLY

PLEASE TAKE NOTICE THAT Plaintiff, ALESIA KIPER, and Defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Corporation, stipulate to dismiss Plaintiff ALESIA KIPER'S claim against Defendant with prejudice, each party to bear their own fees and costs.

Dated: April 4, 2008

_____/S/_____
THORNTON DAVIDSON
Attorneys for Plaintiffs, LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of others similarly situated,
and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; ALESIA KIPER; CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON

Dated: April 4, 2008

_____/S/_____
DENNIS M. BROWN,
MARLENE S. MURACO, TODD BOYER,
Attorneys for Defendant, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Corporation

**ORDER**

**IT IS SO ORDERED.**

Dated: April 8, 2008          /s/ OLIVER W. WANGER
                              HONORABLE OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

_____
STIPULATION AND ORDER TO DISMISS PLAINTIFF, ALESIA KIPER'S CLAIM, ONLY

PDF created with pdfFactory trial version www.pdffactory.com