**THORNTON DAVIDSON  #166487**
Email: thorntondavidson@aol.com
**ROBERT ROSATI #112006**
Email: robertrosati@aol.com
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

Attorneys for Plaintiffs, LUANA SWAGERTY,  SUSAN JONES,  LISA MCVAY, individually, and on behalf of others similarly situated, and as Class Representatives; ANGELA ANDERSON; TINA CHANCE;  MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA;  CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of all others similarly situated and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA;CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO;APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON,<br><br>              Plaintiff,<br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY., a Corporation,<br><br>              Defendant.<br>_____/ | Case No. 1:06-cv-01598-OWW-SMS<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF, ANTONETTE WASHINGTON's CLAIM, ONLY, AND TO ADD CATHERINE CISNEROS', ERNESTO RAMIREZ's, AND DAYSY GONZALEZ's CLAIMS TO THE FILED ACTION** |

1

_____
**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF, ANTONETTE WASHINGTON's CLAIM, ONLY, AND TO ADD CATHERINE CISNEROS', ERNESTO RAMIREZ's, AND DAYSY GONZALEZ's CLAIMS TO THE FILED ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, SWAGERTY, ET AL. and Defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Corporation, and through their counsel of record that:

1. Plaintiff ANTONETTE WASHINGTON's claim against Defendant are dismissed with prejudice, each party to bear their own fees and costs.

2. CATHERINE CISNEROS, ERNESTO RAMIREZ, AND DAYSY GONZALEZ are added as Plaintiffs in this matter, in the Wage and Hour claims alleged in the First, Second, Third, Fourth and Fifth Causes of Action of the First Amended Complaint.

3. For the purposes of this litigation, the statutes of limitations, for the new Plaintiffs' claims for damages, are measured from the date the order is signed by the Court.

Dated: April 30, 2008

_____/S/_____
THORNTON DAVIDSON,
ROBERT ROSATI
Attorneys for Plaintiffs, LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of others similarly situated, and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON

Dated: May 5, 2008

_____/S/_____
DENNIS M. BROWN,
MARLENE S. MURACO, TODD BOYER,
Attorneys for Defendant, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Corporation

**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF, ANTONETTE WASHINGTON's CLAIM, ONLY, AND TO ADD CATHERINE CISNEROS', ERNESTO RAMIREZ's, AND DAYSY GONZALEZ's CLAIMS TO THE FILED ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED.**

Dated: May 7, 2008               /s/ OLIVER W. WANGER
                                 HONORABLE OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

3

_____
**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF, ANTONETTE WASHINGTON's CLAIM, ONLY, AND TO ADD CATHERINE CISNEROS', ERNESTO RAMIREZ's, AND DAYSY GONZALEZ's CLAIMS TO THE FILED ACTION**

PDF created with pdfFactory trial version www.pdffactory.com