UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of all others similarly situated and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; ALESIA KIPER; CATHERIN LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California Corporation,<br><br>    Defendant. | Case No. 1:06-cv-01598-OWW-SMS<br><br>**ORDER GRANTING PAGE LIMIT INCREASE FOR DISPOSITIVE MOTIONS** |

## **ORDER**

Good cause appearing, the Court grants the parties the relief sought in their stipulation seeking leave of this Court to increase the page limitations for briefs related to dispositive motions. The parties may file moving and opposition briefs of 35 pages or less and may file reply briefs of 17 pages or less related to any dispositive motion filed before this Court. IT IS SO ORDERED.

Dated: August 22, 2008

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

(NO. CV-01598-OWW-SMS )   PROPOSED ORDER GRANTING PAGE LIMIT INCREASE FOR DISPOSITIVE MOTIONS

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

PDF created with pdfFactory trial version www.pdffactory.com