1  **THORNTON DAVIDSON  #166487**
Email: thorntondavidson@aol.com
2  **ROBERT ROSATI #112006**
Email: robertrosati@aol.com
3  THE ERISA LAW GROUP
4  2055 San Joaquin Street
Fresno, California 93721
5  Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791
6
7  Attorneys for Plaintiffs, LUANA SWAGERTY,  SUSAN JONES,  LISA MCVAY, individually, and on behalf of others similarly situated, and as Class Representatives; ANGELA ANDERSON;
8  TINA CHANCE;  MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA;  CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ;
9  DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE;
10  ANTOINETTE WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of all others similarly situated and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA;CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO;APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON,<br><br>          Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY., a Corporation,<br><br>          Defendant.<br>_____/ | Case No. 1:06-cv-01598-OWW-SMS<br><br>**STIPULATION AND  ORDER TO DISMISS CASE IN ITS ENTIRETY** |

1

**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE IN ITS ENTIRETY**

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY ("Defendant"), having settled the matter, by and through their attorneys of record, hereby stipulate to dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: October 21, 2008

S/ Thornton Davidson
THORNTON DAVIDSON,
ROBERT ROSATI
Attorneys for Plaintiffs, LUANA SWAGERTY, SUSAN JONES, LISA MCVAY, individually, and on behalf of others similarly situated, and as Class Representatives; ANGELA ANDERSON; TINA CHANCE; MICHELLE DOLAND; SONJA GILL; NICOLE GONZALEZ; JOSE HUERECA; CATHERINE LOPEZ; ALETHIA PEREZ; PAM REBEIRO; APRIL RUIZ; DIANNA SALAS; VILAY THEPHAVONG; BONNIE J. ULRICK; ALICE URIBE; ANTOINETTE WASHINGTON

Dated: October 24, 2008

S/ Marlene Muraco
DENNIS M. BROWN,
MARLENE S. MURACO, TODD BOYER,
Attorneys for Defendant, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Corporation

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/27/2008

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE IN ITS ENTIRETY**